✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

Binti Mohamed, et al.,

V.

Michael McLaurin

**DEFENDANT EXHIBIT AND WITNESS LIST**

Case Number: 2:17-cv-073

| PRESIDING JUDGE<br>Christina Reiss, District Judge | PLAINTIFF'S ATTORNEY<br>R. Batterson, Esq., E. Johnson, Esq. | DEFENDANT'S ATTORNEY<br>M. Jerome Diamond, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>2/11/2019, 2/13/2019-2/15/2019 | COURT REPORTER<br>Anne Pierce | COURTROOM DEPUTY<br>Jennifer Ruddy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 2/14/2019 | yes | yes | Rental Application |
| | B | 2/14/2019 | yes | yes | HAP Contract and Tenancy Addendum |
| | C | 2/14/2019 | yes | yes | Lease |
| | E | 2/14/2019 | yes | yes | Letter-Mike to Binti-you owe 1047.00 more on deposit-3 weeks (w proof of receipt by Binti) |
| | F | 2/13/2019 | yes | yes | Inspection Checklist |
| | G | 2/14/2019 | yes | yes | Notice to Tenants |
| | I | 2/14/2019 | yes | yes | Letter - Mike to Binti - thanks for notice re: leak, toilet sweating, blankets, fan |
| | J | 2/14/2019 | yes | yes | Letter- Mike to Binti - beds near heater, food, trash, stuff hanging bathroom door |
| | N | 2/14/2019 | yes | yes | Letter - Mike to Binti - plumber coming to fix tub and fridge, no more floods caused by kids |
| | P | 2/14/2019 | yes | yes | BPW wrote Mike - 72 Front Street flagged for excessive water usage- 6,200 cubic feet) |
| | Q | 2/14/2019 | yes | yes | Letter-Mike to Binti- water, pc neighbor, I can come in for emergencies, kids in bathroom, water toy, |
| | R | 2/14/2019 | yes | yes | Letter - Mike to Binti-4th time pc's in 2 weeks, water, kids, toys |
| | S | 2/14/2019 | yes | yes | Letter - Mike to Binti - re: 7/1 letter, sent that same day contain the water, trying to fix it (with proof |
| | T | 2/14/2019 | yes | yes | Letter - Mike to Binti - late rent, $25.00 per week= $50.00 w copy of received check |
| | U | 2/14/2019 | yes | yes | Letter - Mike to Binti - water leaking, towel down, trash fee $200.00 |
| | V | 2/14/2019 | yes | yes | Letter - Mike to Binti - trash $200.00, late fee $50.00 |
| | W | 2/14/2019 | yes | yes | Letter with redactions |
| | X | 2/14/2019 | yes | yes | BPW writes Mike - 72 Front Street flagged for excessive water usage - with details (7,300 cubic feet |
| | Y | 2/14/2019 | yes | yes | Letter - Mike to Binti - when things break call me, fridge, animals possible eviction, |
| | Z | 2/14/2019 | yes | yes | Letter - Mike wrote Front Street Tenants - prepare for winter, windows and heaters to be checked |
| | A1 | 2/14/2019 | yes | yes | Letter - Mike to Binti - workmen coming 11-15-16 to fix bathroom and check windows and heaters |
| | A2 | 2/14/2019 | yes | yes | Letter- Mike to Binti - pc's re: water, ceiling, uninvited guest, animals |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    3    Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Binti Mohamed, et al., | | VS. | Michael McLaurin | CASE NO. 2:17-cv-073 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | A3 | 2/14/2019 | yes | yes | BHA wrote Mike- effective 3-2017 Binti's rent grant may terminate |
| | A4 | 2/14/2019 | yes | yes | Letter - Mike to Binti - fridge, groceries back wall, $500.00 |
| | A5 | 2/14/2019 | yes | yes | BHA wrote Mike- Binti's rent grant no longer in jeopardy |
| | A6 | 2/14/2019 | yes | yes | Letter - Mike to Binti - water leaking down, 10 months now, cats, guest, toys, trash, etc |
| | A7 | 2/14/2019 | yes | yes | Letter-Mike to Binti-your lease is up 3-1-17, I'm not renewing, be out by 3-2-17 (with proof of receip |
| | A9 | 2/14/2019 | yes | yes | Letter - Mike to Binti - ceiling still wet, ceiling damage, resulting bills, you pay or I deduct |
| | A10 | 2/14/2019 | yes | yes | Letter- Mike to Front Street Tenants-pest control coming on 2-14-17 |
| | A14 | 2/14/2019 | yes | yes | Termination Letter w signature card proof of receipt |
| | A19 | 2/14/2019 | yes | yes | Stove and door bill $170.00 and $125.00 |
| | A20 | 2/14/2019 | yes | yes | Letter- Mike to Binti - due to June 2017 inspection Resource is coming to fix stove, late fee |
| | A23 | 2/14/2019 | yes | yes | Letter-Mike to Binti- stove $120.00, service call $74.90, labor $50.00, door and deliver, |
| | B2 | 2/14/2019 | yes | yes | Letter - Mike wrote Binti - 2nd notice re: 9/2017 rent, money orders or bank checks from now on |
| | B11 | 2/14/2019 | yes | yes | Letter - Mike to Binti - September rent not received, October bad check, money order or bank chec |
| | B12 | 2/14/2019 | yes | yes | Letter - Mike to Binti - November rent check by bank or money order, with copy of the check she bo |
| | B17 | 2/14/2019 | yes | yes | Letter - Mike to Binti - workers are coming to estimate water |
| | B23 | 2/14/2019 | no | yes* | *only what was read into the record |
| | D4 | 2/14/2019 | yes | yes | Security Deposit Transmittal |
| | D10 | 2/14/2019 | no | yes* | *only what was read into the record |
| | H14 | 2/14/2019 | yes | yes | Photograph regarding damage and lease violations at Front Street |
| | H15 | 2/14/2019 | yes | yes | Photograph regarding damage and lease violations at Front Street |
| | H16 | 2/14/2019 | yes | yes | Photograph regarding damage and lease violations at Front Street |
| | H17 | 2/14/2019 | yes | yes | Photograph regarding damage and lease violations at Front Street |
| | H18 | 2/14/2019 | yes | yes | Photograph regarding damage and lease violations at Front Street |
| | H19 | 2/14/2019 | yes | yes | Photograph regarding damage and lease violations at Front Street |
| | H20 | 2/14/2019 | yes | yes | Photograph regarding damage and lease violations at Front Street |
| | H21 | 2/14/2019 | yes | yes | Photograph regarding damage and lease violations at Front Street |
| | H22 | 2/14/2019 | yes | yes | Photograph regarding damage and lease violations at Front Street |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Binti Mohamed, et al., | vs. | Michael McLaurin | CASE NO. 2:17-cv-073 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | i1 | 2/13/2019 | yes | yes | BHA paperwork |
| | i2 | 2/13/2019 | yes | yes | BHA paperwork |
| | i3 | 2/13/2019 | yes | yes | Report from May 12 Inspection, etc. |
| | i4 | 2/13/2019 | yes | yes | Letters to Ms. Mohamed |
| | i5 | 2/13/2019 | yes | yes | June 27 Inspection Report, etc |
| | | | | | Witnesses |
| | | 2/13/2019 | | | Richard Winegar |
| | | 2/14/2019 | | | Michael McLaurin |
| | | 2/14/2019 | | | Joseph McSweeney |
| | | 2/15/2019 | | | Raymond Greenwood |
| | | 2/15/2019 | | | Krishna Thapa |

Page   3   of   3   Pages