✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

Binti Mohamed, et al.,

V.

Michael McLaurin

**PLAINTIFF EXHIBIT AND WITNESS LIST**

Case Number: 17-cv-073

| PRESIDING JUDGE<br>Christina Reiss, District Judge | PLAINTIFF'S ATTORNEY<br>Batterson, Esq., Johnson, Esq. | DEFENDANT'S ATTORNEY<br>J. Diamond, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>2/11/2019, 2/13/2019-2/15/2019 | COURT REPORTER<br>Anne Pierce, Court Reporter | COURTROOM DEPUTY<br>Jennifer Ruddy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 4 | | 2/14/2019 | yes | yes | Pages 27-35 of Binti Mohamed's Deposition on 8/31/2018 |
| | | | | | |
| | | | | | Witness |
| | | 2/11/2019 | 2/13 | | Binti Mohamed |
| | | 2/13/2019 | | | Hassan Kowa El-Basha |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages